```
ELISE D. KLEIN, SB# 111712
    E-Mail: klein@lbbslaw.com
LORI A. WITT, SB# 181048
    E-Mail: lwitt@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant Health Net Life Insurance Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON GRAVELLE,<br><br>  Plaintiff,<br><br> v.<br><br>HEALTH NET LIFE INSURANCE COMPANY, a California Corporation and Does 1-100 inclusive,<br><br>  Defendants. | CASE NO. C08 4653 MHP<br>Hon. Marilyn Hall Patel<br><br>**STIPULATION RE AMENDING COMPLAINT AND RESPONSE THERETO; ORDER** |

By and through their attorneys of record, the parties hereby stipulate, and the Court hereby orders, as follows:

1) Plaintiff will file and serve an amended complaint on or before November 13, 2008; and

2) Defendant Health Net Life Insurance Company ("Health Net") will have until twenty days after the amended complaint is filed to file and serve a response to the complaint. If, after service of the amended complaint, Health Net seeks leave of Court to file a motion to dismiss before the initial case management conference, plaintiff will

1 not object to that request.

2

3 DATED: October 14, 2008  LEWIS BRISBOIS BISGAARD & SMITH LLP

4

5

6 By _____

7 ELISE D. KLEIN, Esq.
Attorneys for Defendant, Health Net Life
8 Insurance Company

9

10 DATED: October 14, 2008  KOELLER, NEBEKER, CARLSON & HALUCK, LLP

11

12

13

14 By _____
JENNIFER WEINER, Esq.
CHAD DUNIGAN, Esq.
15 Attorneys for Plaintiff, Gordon Gravelle

16

17                            **ORDER**

18 PURSUANT TO STIPULATION, IT IS SO ORDERED:

19

20 DATED: 10/15/2008

21

22                    HONORABLE MARILYN H. PATEL
                     Judge, United States District Court

**IT IS SO ORDERED**

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

4852-2075-2643.1
STIPULATION RE AMENDING COMPLAINT AND RESPONSE THERETO; ORDER

**FEDERAL COURT PROOF OF SERVICE**
*Gravelle v. Health Net Life Insurance Company* - File No. 25713-237

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    On October 14, 2008, I served the following document(s): **STIPULATION RE AMENDING COMPLAINT AND RESPONSE THERETO; ORDER**

I served the documents on the following persons at the following addresses:

**Chad N. Dunigan, Esq.**
**Jennifer A. Weiner, Esq.**
**KOELLER, NEBEKER, CARLSON & HALUCK, LLP**
**3010 Lava Ridge Court, Suite 160**
**Roseville, CA 95661**
**Tel: (916) 724-5700**
**Fax: (916) 788-2850**

The documents were served by the following means:

[ ] (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on October 14, 2008, at Los Angeles, California.

Rosa Reza